## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **KALDREN LLC,**  **Plaintiff,**  v.  **STEMCO LP,**  **Defendant.** | No. 5:17-cv-156-RWS-CMC |

## FINAL JUDGMENT

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Court **ORDERS**, **ADJUDGES**, and **DECREES** that this civil action is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees, costs, and expenses.

All relief not previously granted is **DENIED**.

The Clerk of the Court is directed to **CLOSE** this civil action.

 **SIGNED this 26th day of February, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE